

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2018

No. 04-18-00433-CV

**IN THE INTEREST OF I.I.C., A CHILD**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23702
Honorable Laura Salinas, Judge Presiding

## O R D E R

After we struck Appellant's brief for noncompliance with the Texas Rules of Appellate Procedure, we granted his first motion for extension of time to file his brief until October 16, 2018. Before the deadline, Appellant filed a second motion for extension of time to file the brief until November 5, 2018.

Appellant's motion is GRANTED. Appellant's amended brief is due on November 5, 2018.

**Appellant's amended brief must correct all the violations listed in our August 30, 2018 order and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply as ordered, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court